TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00664-CV






JNS Enterprise, Inc. and Leesboro Corporation, Appellants


v.


Dixie Demolition, LLC; Airways Recycling Group, LLC; Conrad C. Bar; 

Velez Trucking, Inc.; and AAR Incorporated, Appellees






FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 33,749, HONORABLE ED MAGRE, JUDGE PRESIDING



 

O R D E R



PER CURIAM


 Attorney U. Lawrence Bozé has filed a motion to withdraw as appellant
Leesboro Corporation's appellate counsel. Appellant Leesboro Corporation, through its owner
Yong Keuk Lee, does not oppose Bozé's motion to withdraw.

 We grant the motion to withdraw and remove Bozé as appellate counsel for
Leesboro Corporation.

 It is ordered August 10, 2011.



Before Justices Puryear, Rose and Goodwin